[Nos. 35330-6-I; 35511-2-I.   Division One.   September 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH
HALL, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MARK
THOMAS, *Appellant*.

Appeals from judgments of the Superior Court for King
County, No. 94-1-01651-9 and 94-1-01650-1, Carmen Otero,
J., entered October 4, 1994. *Affirmed* by unpublished
opinion per Agid, J., concurred in by Kennedy, A.C.J., and
Grosse, J.


[No. 35477-9-I.   Division One.   September 9, 1996.]

SAMUEL L. WALLICK, JR., ET AL., *Appellants*, v. DON
CARLSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-20118-2, James D. McCutcheon, Jr., J.,
entered October 21, 1994. *Affirmed in part* and *reversed in
part* by unpublished opinion per Baker, C.J., concurred in
by Grosse and Cox, JJ.


[No. 35882-1-I.   Division One.   September 9, 1996.]

KEYSTONE DEVELOPMENT, INC., *Appellants*, v. THE
CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-28416-1, James D. McCutcheon, Jr., J.,
entered December 30, 1994. *Reversed* by unpublished
opinion per Agid, J., concurred in by Baker, C.J., and
Grosse, J.